UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

A.A.

    v.                                                 3:18CV2142(JCH)
AVON BOARD OF EDUCATION,
BRIDGET HESTON CARNEMOLLA,
KIMBERLY MEARMAN

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's and defendants' Motions for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motions and on January 14, 2020, entered a Ruling granting the defendants' Motion and denying plaintiff's motion.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants, Avon Board of Education, Bridget Carnemolla, and Kimberly Mearman, and against the plaintiff, A.A., in accordance with the Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 14th day of January 2020

                                                   Robin D. Tabora, Clerk

                                                   By /s/ Diahann Lewis
                                                        Deputy Clerk

Entered on Docket 1/14/2020